## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ESTELLE MAIDEN**                                                         **CIVIL ACTION**

**VERSUS**                                                                       **NO. 23-721-BAJ-RLB**

**OUR LADY OF THE LAKE**
**HOSPITAL, ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on November 21, 2023.

                                                                              _____
                                                                              **RICHARD L. BOURGEOIS, JR.**
                                                                              **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ESTELLE MAIDEN**                              **CIVIL ACTION**

**VERSUS**                                       **NO. 23-721-BAJ-RLB**

**OUR LADY OF THE LAKE
HOSPITAL, ET AL.**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This civil matter was opened on August 10, 2023 upon the receipt of a "Letter of Intent to Sue" submitted by the Plaintiff. (R. Doc. 1). On September 18, 2023, the Court issued an Order noting it is unclear whether plaintiff intended for this document to initiate a lawsuit. (R. Doc. 2). Plaintiff was advised that the document filed was not the proper way to initiate a lawsuit and that she shall pay the Court's filing fee or file a Motion to Proceed in forma pauperis **within 21 days** from the date of that Order. Notice of the Order was mailed to Plaintiff on September 18, 2023 and there is no indication that Plaintiff did not receive the notice, as there is no returned mail in the record. Further, a review of the record indicates that plaintiff has neither paid the filing fee, filed a motion to proceed pro se, or submitted any other response to the Court's Order.

## RECOMMENDATION

Based on the foregoing, **IT IS RECOMMENDED** that this matter be dismissed without prejudice for failure to pay the filing fee.

Signed in Baton Rouge, Louisiana, on November 21, 2023.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**