UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ESTELLE MAIDEN                                                    CIVIL ACTION

VERSUS

OUR LADY OF THE LAKE HOSPITAL,
ET AL.                                                            NO. 23-00721-BAJ-RLB

RULING AND ORDER

Before the Court is a "Letter of Intent to Sue" submitted by the Plaintiff on August 10, 2023. (Doc. 1). On September 18, the Court issued an order advising Plaintiff that the letter was not filed properly if she intended to initiate a lawsuit and ordering her to pay the Court's filing fee or move to proceed in forma pauperis within 21 days. (Doc. 2). Because Plaintiff failed to do so, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 3, the "Report")** recommending that this matter be dismissed without prejudice. Plaintiff's deadline to object to the Report has passed without any objection from Plaintiff.

Having carefully considered Plaintiff's filing, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 6th day of December, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**